UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN C. HOUNSOM,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case  14CR246AGFNAB<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL AS ATTORNEY FOR DEFENDANT

COMES NOW Gordon E. Freese Attorney At Law, and files his Notice of Withdrawal, as appointed Counsel for Defendant, as Attorney Burton H. Shostak has Entered his Appearance on behalf of Defendant.

WHEREFORE, for all of the foregoing reasons, the undersigned Counsel for Defendant prays that the Court grant his Motion to Withdraw; and for any further Orders this Court may deem just and proper.

Respectfully submitted,

_____
Gordon E.. Freese #MO41330
Attorney for the Defendant
7751 Carondelet, Suite 708
St. Louis, MO 63105
(314) 721-5500 Telephone
(314) 727-3343 Facsimile

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically delivered this 25th day of August, 2014 to Mr. John T. Davis, Assistant United States Attorney.

*/s/*