UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:14CR246-10-AGF (NAB) |
| | ) |
| COREY NUSPL, | ) |
| | ) |
|     Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Patrick Kilgore, and hereby enters his appearance on behalf of the Defendant in the above-styled cause.

                Respectfully submitted,

                ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:    / s/ Patrick Kilgore
          PATRICK KILGORE, #44150MO
          Attorney for Defendant
          7911 Forsyth Blvd., Ste. 300
          Clayton, Missouri 63105
          (314) 753-0096/Facsimile (314)863-5335

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:14CR246-10-AGF (NAB) |
| | ) |
| COREY NUSPL, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2014 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, assistant United States attorney.

**Entry of Appearance**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:    /s/ Patrick Kilgore
       PATRICK KILGORE, #44150MO
       Attorney for Defendant
       7911 Forsyth Blvd., Ste. 300
       Clayton, Missouri 63105
       (314) 753-0096/Facsimile (314)863-5335