UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No.: 4:14CR246-10-AGF (NAB) |
|  | ) |  |
| COREY NUSPL, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **MOTION TO WITHDRAW AS ATTORNEY**

COMES NOW Counsel, Joel J Schwartz, and hereby moves this Court for permission to withdraw from further representation of Defendant and, in support of this motion, states as follows:

1. On September 4, Patrick Kilgore entered his appearance on behalf of Defendant Corey Nuspl.

2. As a result, Defendant Nuspl has requested that undersigned counsel withdraw from further representation in this matter.

WHEREFORE, Counsel respectfully requests this Honorable Court's permit him to withdraw from further representation in this matter.

                                  Respectfully submitted,

                                  ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/Joel J Schwartz
JOEL J SCHWARTZ, 39066MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
Email: jschwartz@rsrglaw.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 4, 2014, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, Assistant United States Attorney.