Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date 4-9-15  Judge Baker  Case No. 14cr246 AGF

UNITED STATES OF AMERICA v. Brian Hounson

Court Reporter _____  Deputy Clerk Cahuan

Assistant United States Attorney(s): J. Davis

Attorney(s) for Defendant(s): B. Shostak

Interpreter _____  ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance              ☐ Detention Hearing              ☐ Preliminary Revocation
☐ Arraignment                    ☐ Bond Review                   ☐ Probation
☐ Preliminary Examination        ☐ Bond Execution/Appearance Bond  ☐ Supervised Release
☐ Motion Hearing                 ☐ In Court Hrg (WAIVER OF MOTIONS) ☐ Competency
  ☐ Evidentiary Hearing          ☐ Change of Plea/Sentencing      ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3) Removal (Identity)  ☐ Material Witness

Additional Information: Conflict hrg. Cont. to 5-14-15 9:00 AM

_____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%

  ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered not guilty   Order on pretrial motions: ☐ issued   ☐ to issue

  ☐ Oral Motion for Suppression           ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____              ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____   Before _____

  ☐ Remanded to custody   ☐ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____
Proceeding commenced 1:43   Proceeding concluded 1:45   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the